STATE OF NORTH CAROLINA v. JUNIOR CLEVELAND CAMPBELL

No. 6822SC307

(Filed 18 September 1968)

APPEAL by defendant from *McLaughlin, J.,* February 1968 Special Criminal Session of IREDELL Superior Court.

By bill of indictment proper in form, defendant was charged with breaking and entering a store building and larceny. He was represented at his trial by court-appointed attorney. The jury returned a verdict of guilty as charged, and on the breaking and entering count, a prison sentence of ten years was imposed; on the larceny count a prison sentence of eight years was imposed, this sentence to begin at the expiration of the ten years sentence. Defendant appealed.

*Attorney General T. Wade Bruton by Deputy Attorney General James F. Bullock for the State.*

*L. Hugh West, Jr., for defendant appellant.*

BRITT, J.

Following his conviction in Superior Court, defendant requested that an attorney other than his trial attorney be assigned to represent him on appeal to this Court. Attorney L. Hugh West, Jr., was appointed and proceeded to perfect the appeal; however, said attorney states in the record that he has carefully read the record and the law with respect thereto and can find nothing in the record which he can in good faith assign as error. At the same time, he requests that this Court carefully review the record and grant the defendant a new trial if reversible error is discovered.

Accordingly we have carefully reviewed the entire record in this case and find that the defendant was given a fair trial, free from prejudicial error, and that the sentences imposed were within statu-

tory limits. *State v. Hopper,* 271 N.C. 464, 156 S.E. 2d 857; *State v. Elliott,* 269 N.C. 683, 153 S.E. 2d 330.

The judgment of the Superior Court is
Affirmed.

BROCK and PARKER, JJ., concur.